IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| TERRY WALKER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 13-249J |
| | ) | Judge Kim R. Gibson/ |
| CORRECTIONAL OFFICER DIEHL; | ) | Chief Magistrate Judge Maureen P. Kelly |
| CORRECTIONAL OFFICER UNCLES; | ) | |
| LIEUTENANT GLASS; CAPTAIN | ) | |
| BRAUMBAUGH, | ) | Re: ECF No. 64 |
| Defendants. | ) | |

## **ORDER**

AND NOW, this **29th** day of February, 2016, after Plaintiff Terry Walker ("Plaintiff") filed an action in the above-captioned case, and after a Motion for Summary Judgment was filed by Defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until February 22, 2016, to file written objections thereto, and upon consideration of the Objections filed by Plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment, ECF No. 64, is GRANTED, and the Clerk is to mark the case closed.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

BY THE COURT:

KIM R. GIBSON
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Terry Walker
HW-1365
SCI Frackville
1111 Altamont Boulevard
Frackville, PA 17931

All Counsel of Record Via CM-ECF